# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JUAN MARIO CALDERON RAMIREZ,<br><br>  Defendant. | Case No. 24-CR-02028-RSH<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**<br><br>The Honorable Robert S. Huie |

The United States of America's Motion to Dismiss the Information (ECF No. 14), without prejudice, is GRANTED. The Court dismisses the Information without prejudice.

DATED:   1/16/25

*Robert S Huie*
_____
Hon. Robert S. Huie
United States District Judge